# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

---

NAMI National,
an Arizona non-profit
corporation,

           Plaintiff,

v.

Mindspring Mental Health
Alliance, Inc.,
an Iowa non-profit
corporation,

           Defendant.

Civil Action No. _____

**COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, AND MISAPPROPRIATION OF TRADE SECRETS**

**JURY TRIAL DEMANDED**

---

Plaintiff, NAMI National, for its complaint against Defendant, Mindspring Mental Health Alliance, Inc., by and through its undersigned attorney, states as follows:

## **PARTIES**

1.    Plaintiff NAMI National, dba National Alliance on Mental Illness ("NAMI"), is an Arizona non-profit corporation having its principal place of business at 4301 Wilson Blvd., Suite 300, Arlington, Virginia, 22203.

2.    On information and belief, Defendant Mindspring Mental Health Alliance, Inc. ("Mindspring") is an Iowa non-profit corporation having its principal place of business at 511 E. 6th St., Suite B, Des Moines, Iowa, 50309.

## JURISDICTION AND VENUE

3.      This is an action for trademark infringement in violation of section 32(1)(a) of the Lanham Act, 15 U.S.C. § 1114; unfair competition, false designation of origin, false representation, and false advertising in violation of section 43(a) of the Lanham Act, 15 U.S.C. §§ 1124 and 1125; trademark infringement and unfair competition under the Iowa Common Law; and violation of the Iowa Deceptive Trade Practices Act.

4.      This Court has jurisdiction under 15 U.S.C. §§ 1119 and 1121; 28 U.S.C. §§ 1331, 1332(a), 1338, and 1367.

5.      Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1391(c).

## BACKGROUND

6.      NAMI is the largest mental health organization in the United States. Starting from a grass roots organization in 1979, NAMI has become the nation's leading voice on mental health issues.  Today, as a 501(c)(3) corporation, NAMI has more than 600 local affiliates and 48 state organizations who work in communities to raise awareness of mental health issues.  NAMI and its affiliates conduct advocacy, education programs, and provide numerous services to those affected by mental illness. NAMI's Iowa affiliate serves as a catalyst around advocacy, education, support, and public awareness so that all Iowans affected by mental illness can lead better lives.

7.      As a result of its extensive efforts, people come to associate the names "NAMI" and "NATIONAL ALLIANCE ON MENTAL ILLNESS" as a national organization dedicated to promoting awareness and providing self-help information for mental illness.

8.      NAMI applied for its first trademark registration on May 7, 2009 for the word mark "NAMI" for providing self-help information for families of the mentally ill, which has been in use since September 1, 1979, and promoting public awareness of the needs of the mentally ill, which has been in use since September 1, 1989.  The registration issued on December 1, 2009 and the registration number for this trademark is 3,718,501.  It is incontestable.  A true and accurate copy of the NAMI trademark registration is attached as Exhibit A.

9.      NAMI is the owner of several other trademarks, including a federal registration for the mark "NATIONAL ALLIANCE ON MENTAL ILLNESS" which was filed on May 3, 2013 and registered on August 26, 2014 as Reg. No. 4,591,188 for public advocacy to promote awareness of mental illness.  NAMI has continuously used this mark since 2005 and it is incontestable.  A true and accurate copy of the NATIONAL ALLIANCE ON MENTAL ILLNESS trademark registration is attached as Exhibit B.

10.     NAMI has also created a wealth of resource materials, programs, and program materials (collectively, the "Materials"), which NAMI owns, has authored,

and has authorized others to use pursuant to the terms of its agreements with NAMI Affiliates.

11.     NAMI also maintains mailing, telephone, and electronic mail lists (collectively the "Mailing List") with respect to past, current, or prospective members of NAMI located near its Affiliates territories, all of which are designed to assist with and promote the NAMI mission.  The Mailing List is owned by NAMI and maintained as a confidential trade secret pursuant to agreements with NAMI Affiliates.

12.     NAMI's trademarks, Materials, and Mailing Lists are collectively referred to herein as the "NAMI IP."

13.     Mindspring entered into an Incorporated Affiliate Agreement (the "Agreement") with NAMI on March 14, 2015, a copy of which is attached as Exhibit C.  According to the Agreement's terms, Mindspring understood the NAMI IP was the sole and exclusive property of NAMI.

14.     According to the terms of the Agreement, Mindspring also understood it was only authorized to use the NAMI IP while Mindspring remained a NAMI Affiliate.

15.     On February 5, 2021, Mindspring voluntarily surrendered its affiliate status and was thus no longer authorized to use the NAMI IP.

16.     Despite the voluntary surrender of its affiliate status, Mindspring has continued to use the NAMI IP to promote Mindspring and Mindspring's services.

17.     Examples of Mindspring's continued use of the NAMI IP post surrender include continued use of NAMI's trademarks on Mindspring's website.

18.     For example, Mindspring's website in April 2021 – two months after surrender – showed Mindspring continuing to use the www.namigdm.org website and continuing to refer to itself as a NAMI Affiliate as shown below.



19.     Post surrender, Mindspring continues to operate the domain www.namigdm.org which redirects to Mindspring's website. A current page of Mindspring's website is pictured below and repeatedly uses the NAMI Trademarks (examples of which are circled below in red).



**mindspring**
MENTAL HEALTH ALLIANCE

*formerly NAMI Greater Des Moines*

Empowering individuals, families and community by providing hope and education about brain disorders.

| About Us | Get Help | Get Involved | Resources | FAQ | News & Events | Contact Us | **Donate** |

## Upcoming Events

02/23/21  **Secondary Traumatic Stress and Opportunities for Trauma-Informed Supervision**

09/09/21  **Parenting the Love and Logic Way**

09/23/21  **Domestic Abuse: Impact & Response**

10/12/21  **Parenting the Love and Logic Way**

more »

We offer **education**.

## Welcome



**mindspring**
MENTAL HEALTH ALLIANCE

**MindSpring Mental Health Alliance**
*(formerly NAMI Greater Des Moines)*
MindSpring is an independent local organization providing mental health education, support and advocacy.  We are dedicated to improving the lives of individuals, families and the community on mental illness. MindSpring welcomes anyone who shares our mission and vision.

Please be patient as we work through the transition with our name change.

About Us

To respect the health concerns surrounding COVID-19, the MindSpring Mental Health Alliance *(formerly NAMI Greater Des Moines)* office will be closed until further notice.  All support groups and scheduled in-person classes will also not be held during the same time period.

Any updates will be posted here or sent via email.

## Get Involved

**Join our email list**
Subscribe to our newsletter - click here

**Scheduled Education classes**
Here are the possibilities - click here

**Advocacy**
Local, State or Federal - click here



*Golf Tournament* click here

**Newsletter - To see the most recent issue -**
click here

**Workplace Mental Health Education Program**
click here

**Community Education Classes**
click here

**Critical Situation Cards** for purchase by Mental Health America (MHA), American Foundation for Suicide Prevention (AFSP), NAMI and other Mental Health organization chapters, businesses and N/P and for profit organizations - **click here**
Mental Health America (MHA), American Foundation for Suicide Prevention (AFSP), NAMI and other mental health organization chapters, businesses and organizations (NP and FP) from around the state and nation can purchase our critical situation cards and have them customized with their name and website information.

1. Crisis Card - Do's and Don'ts
2. Suicide Prevention card - Warning signs and how to approach
3. Compassionate Communication card

## Support Groups



NEW

**"We Are Here. With You."**
Online resources to help people cope with the uncertainty of the COVID-19 pandemic. The Inspirational Speaker series information is posted.  In 2021, the final presenter of the year will be on Wednesday, April 14.  We also have 1 hour, single topic mental health classes throughout the year.  Go to News & Events, click on "newsletters" in the drop down menu.

**New from Covid Iowa Recovery Resources**
**Click here to reach a complete list**
Click on Pre-Teen Support Groups
Click on Teen Support Groups
Click on Parent Support Groups

**Iowa Concern**: 800-447-1985 Provides confidential access to stress counselors and an attorney for legal education, as well as information and referral services for a wide variety of topics, including COVID-19 services. Iowa Concern services are available 24 hours a day, seven days per week at no charge. To reach Iowa Concern, call 800-447-1985; language interpretation service is available.

**Iowa Warm Line**: 844-775-WARM (9276) Provides confidential access to peer counseling and can connect people upon request with COVID Recovery Iowa Services. Language interpretation service is available.

**Get Help**

**Amazon Smile**
When you shop at AmazonSmile, Amazon donates 0.5% of the purchase price to MindSpring Mental Health Alliance *(formerly National Alliance On Mental Illness of Greater Des Moines)*. Bookmark the link http://smile.amazon.com/ch/42-1353379 and support us every time you shop.

20.     Similarly, Mindspring's YouTube Channel continues to feature videos that NAMI prepared and owns without NAMI's authorization,  as shown below.



21.     Mindspring , post surrender, has continued to advertise itself using the NAMI name and logo as if it is a NAMI Affiliate, as shown below.



22.     Post surrender, Mindspring has continued to imply ownership of materials, including videos through links on its pages to NAMI Materials, as shown below:





23.      Post surrender of its affiliate status, Mindspring has also repeatedly

offered events, including webinars, which it tags with a NAMI brand as shown below.



JUL
21

**Understanding ADHD [Free Webinar]**

by Mindspring [Formerly NAMI Greater Des Moines]

280 followers   Follow

Free

♡                                    Sales Ended      |      Details

An accessible guide to understanding causation, symptoms and treatment options for ADHD.

**About this event**

Attention deficit hyperactivity disorder (ADHD) is not just about hyperactive people and short attention spans. An accessible guide to understanding causation, symptoms and treatment options for ADHD. Learn practical tips for managing symptoms and helping others during this one-hour session.

*Certificates of attendance are provided at no cost.*

**About the instructor:** Jaymi Dormaier, LMSW, holds a master's degree in social work from Michigan State University. In Jaymi's career as a social worker and therapist she has worked with a diverse population focusing on a variety of issues, including homelessness, depression, anxiety, grief, trauma, foster care, adoption, and addiction. She is passionate about helping others live a life they love.

Jaymi is on the board of a non-profit organization focused on bringing more happiness to the world through random acts of kindness. In her free time Jaymi enjoys spending time with her dog, volunteering in her community, and camping.

**Date and time**

Wed, July 21, 2021
12:00 PM - 1:00 PM CDT
Add to calendar

**Location**

Online event

Tags

Online Events   Online Classes   Online Health Classes   #children
#family   #mentalhealth   #relationships   #adhd   #nami
#mental_health   #mental_wellness   #mental_health_awareness
#adhdsupport

mindspring

Mindspring [Formerly NAMI Greater Des Moines]

24.     Post surrender of its affiliate status, Mindspring has also repeatedly sent out emails purporting to originate from NAMI Greater Des Moines using a director@namigdm.org email address.

25.     Post surrender of its affiliate status, Mindspring has also sent out mailings to individuals purporting to originate from National Alliance on Mental Illness of Greater Des Moines as shown below.



26.     Upon information and belief, Mindspring has continued to use the Mailing List to send such communications to current NAMI Affiliates and others.

## COUNT I

## FEDERAL TRADEMARK INFRINGEMENT
## UNDER SECTION 32(a) OF THE LANHAM ACT, 15 U.S.C. § 1114
## (NAMI)

27.　　NAMI incorporates and realleges, as if fully set forth herein, the allegations contained in the foregoing paragraphs of this Complaint.

28.　　U.S. Trademark Registration No. 3,718,501 is *prima facie* evidence of the validity of the NAMI mark and provides constructive notice of NAMI's ownership thereof, as provided by §§ 7(b) and 22 of the Federal Trademark Act, 15 U.S.C. §§ 1057(b) and 1072.  Further, because U.S. Trademark Registration No. 3,718,501 is incontestable, the registration is conclusive evidence of the validity of the mark, of NAMI's ownership of the mark, and of NAMI's exclusive right to use the mark in commerce as provided by §§ 15 and 33(b) of the Federal Trademark Act, 15 U.S.C. §§ 1065 and 1115(b).

29.　　Mindspring is using the trademark "NAMI" in interstate commerce without the consent of NAMI.

30.　　Mindspring's use of the mark "NAMI" is likely to cause confusion, to cause mistake, and/or to deceive customers and users as to the source of Mindspring's products or services or as to Mindspring's affiliation, connection, approval, or association with NAMI.

31.     Upon information and belief, Mindspring's actions are creating actual confusion.

32.     Mindspring's actions constitute trademark infringement in violation of Section 32(a) of the Lanham Act, 15 U.S.C. § 1114.

33.     Mindspring's trademark infringement has caused and will continue to cause NAMI to suffer damage to its business, reputation, good will, profits, and the strength of its trademarks, and is causing ongoing irreparable harm to NAMI for which there is no adequate remedy at law.

34.     On information and belief, Mindspring's infringement of NAMI's trademark is willful and deliberate.

## COUNT II

**FEDERAL TRADEMARK INFRINGEMENT**
**UNDER SECTION 32(a) OF THE LANHAM ACT, 15 U.S.C. § 1114**
**(NATIONAL ALLIANCE ON MENTAL ILLNESS)**

35.     NAMI incorporates and realleges, as if fully set forth herein, the allegations contained in the foregoing paragraphs of this Complaint.

36.     U.S. Trademark Registration No. 4,591,188 is *prima facie* evidence of the validity of the NATIONAL ALLIANCE ON MENTAL ILLNESS mark and provides constructive notice of NAMI's ownership thereof, as provided by §§ 7(b) and 22 of the Federal Trademark Act, 15 U.S.C. §§ 1057(b) and 1072.  Further, because U.S. Trademark Registration No. 3,718,501 is incontestable, the registration is

conclusive evidence of the validity of the mark, of NAMI's ownership of the mark and of NAMI's exclusive right to use the mark in commerce as provided by §§ 15 and 33(b) of the Federal Trademark Act, 15 U.S.C. §§ 1065 and 1115(b).

37.     Mindspring is using the trademark "NATIONAL ALLIANCE ON MENTAL ILLNESS" in interstate commerce without the consent of NAMI.

38.     Mindspring's use of the mark "NATIONAL ALLIANCE ON MENTAL ILLNESS" is likely to cause confusion, to cause mistake, and/or to deceive customers and users as to the source of Mindspring's products or services or as to Mindspring's affiliation, connection, approval, or association with NAMI.

39.     Upon information and belief, Mindspring's actions are creating actual confusion.

40.     Mindspring's actions constitute trademark infringement in violation of Section 32(a) of the Lanham Act, 15 U.S.C. § 1114.

41.     Mindspring's trademark infringement has caused and will continue to cause NAMI to suffer damage to its business, reputation, good will, profits, and the strength of its trademarks, and is causing ongoing irreparable harm to NAMI for which there is no adequate remedy at law.

42.     On information and belief, Mindspring's infringement of NAMI's trademark is willful and deliberate.

## COUNT III

## COMMON LAW TRADEMARK INFRINGEMENT

43.     NAMI incorporates and realleges, as if fully set forth herein, the allegations contained in the foregoing paragraphs of this Complaint.

44.     NAMI has common law rights in the trademark pictured below.



45.     Mindspring is using NAMI's trademark in interstate commerce without the consent of NAMI.  For example, Mindspring continues to use NAMI's trademark on Mindspring's website, as shown below.



46.     Mindspring's use of NAMI's mark is likely to cause confusion, to cause mistake, and/or to deceive customers and users as to the source of Mindspring's products or services or as to Mindspring's affiliation, connection, approval, or association with NAMI.

47.     Upon information and belief, Mindspring's actions are creating actual confusion.

48.     Mindspring's actions constitute trademark infringement under the common law.

49.     Mindspring's trademark infringement has caused and will continue to cause NAMI to suffer damage to its business, reputation, good will, profits, and the strength of its trademarks, and is causing ongoing irreparable harm to NAMI for which there is no adequate remedy at law.

50.     On information and belief, Mindspring's infringement of NAMI's trademark is willful and deliberate

## COUNT IV

### FEDERAL UNFAIR COMPETITION, FALSE DESIGNATION OF ORIGIN, AND FALSE REPRESENTATION UNDER SECTION 43(a) OF THE LANHAM ACT, 15 U.S.C. § 1125(a)

51.     NAMI incorporates and realleges, as if fully set forth herein, the allegations contained in the foregoing paragraphs of this Complaint.

52.     Mindspring is using the NAMI trademarks "NAMI" and "NATIONAL

17

ALLIANCE ON MENTAL ILLNESS", the NAMI Materials, and the NAMI Mailing List in interstate commerce without the consent of NAMI.

53.     Mindspring's use of the NAMI trademarks "NAMI" and "NATIONAL ALLIANCE ON MENTAL ILLNESS", the NAMI Materials, and the NAMI Mailing List is likely to cause confusion, to cause mistake, and/or to deceive purchasers as to the source of Mindspring's products or services or as to Mindspring's affiliation, connection, approval, or association with NAMI.

54.     Mindspring's actions constitute unfair competition, false designation of origin, and false representation in connection with products and services distributed in interstate commerce, in violation of section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

55.     Mindspring's unfair competition has caused and will continue to cause NAMI to suffer damage to its business, reputation, good will, profits, and the strength of its trademarks, and is causing ongoing irreparable harm to NAMI for which there is no adequate remedy at law.

56.     On information and belief, Mindspring's actions constituting unfair competition, false designation of origin, and false representation are willful and deliberate.

## COUNT V

## COMMON LAW UNFAIR COMPETITION

57.     NAMI incorporates and realleges, as if fully set forth herein, the allegations contained in the foregoing paragraphs of this Complaint.

58.     Mindspring's uses of the NAMI trademarks "NAMI" and "NATIONAL ALLIANCE ON MENTAL ILLNESS", the NAMI Materials, and the NAMI Mailing List, in the manner alleged herein constitutes a false designation of origin where Mindspring has directly or indirectly represented products or services marketed by Mindspring were the products or services of NAMI.

59.     Upon information and belief, Mindspring did so with an intent to deceive consumers.

60.     Upon information and belief, Mindspring's consumers were confused or were likely to be consumed as to the origin of the products or services as a natural consequence of Mindspring's conduct.

61.     Mindspring's conduct was a proximate cause of damage to NAMI.

62.     Mindspring's unfair competition has caused and will continue to cause NAMI to suffer damage to its business, reputation, good will, profits, and the strength of its trademarks, and is causing ongoing irreparable harm to NAMI for which there is no adequate remedy at law.

## COUNT VI

## MISAPPROPRIATION OF TRADE SECRETS

63.     NAMI incorporates and realleges, as if fully set forth herein, the allegations contained in the foregoing paragraphs of this Complaint.

64.     NAMI has taken reasonable steps to maintain the secrecy of the NAMI Mailing List.

65.     The NAMI Mailing List derives independent economic value, actual or potential, from not being generally known to and not being readily ascertainable by proper means by, persons other than NAMI.

66.     NAMI's Mailing List is a trade secret which Mindspring was obligated to keep confidential and return after it surrendered its Affiliate status.

67.     Mindspring failed to return NAMI's Mailing List after termination of the Agreement, rendering Mindspring's continued possession of NAMI's Mailing List improper.

68.     Mindspring's continued possession of NAMI's Mailing List amounts to misappropriation of NAMI's trade secrets.

69.     Mindspring's misappropriation of NAMI's Mailing List is a proximate cause of damage to NAMI.

70.     Mindspring's continued possession and / or use of the NAMI Mailing List has caused and will continue to cause NAMI to suffer damage to its business,

reputation, good will, profits, and the strength of its trade secrets, and is causing ongoing irreparable harm to NAMI for which there is no adequate remedy at law.

## COUNT VII

## INTENTIONAL INTERFERENCE WITH CONTRACT

71.     NAMI incorporates and realleges, as if fully set forth herein, the allegations contained in the foregoing paragraphs of this Complaint.

72.     NAMI has on-going contracts with its Affiliates across several states.

73.     Mindspring is aware of NAMI's contracts with its Affiliates as Mindspring is a former NAMI Affiliate who signed, operated under, and then surrendered its rights in the Agreement.

74.     Mindspring, through its communications with NAMI affiliates and conduct offering products and services owned or derived from NAMI Materials or branded with NAMI trademarks, is intentionally and improperly interfering with NAMI's affiliate agreements with other NAMI affiliates.

75.     Mindspring's interference has caused NAMI's performance of its affiliate agreements to be more burdensome and expensive.

76.     Mindspring's continued interference has caused and will continue to cause NAMI to suffer damage to its business, reputation, good will, profits, and the strength of its affiliate relationships, and is causing ongoing irreparable harm to NAMI for which there is no adequate remedy at law.

## COUNT VIII

## REQUEST FOR WRIT OF REPLEVIN
### (Iowa Code § 643)

77.     NAMI incorporates and realleges, as if fully set forth herein, the allegations contained in the foregoing paragraphs of this Complaint.

78.     Mindspring owns an Iowa Fictitious Name Resolution for NAMI Greater Des Moines, a copy of which is attached hereto as Exhibit D, including any corresponding goodwill.

79.     Mindspring also continues to operate one or more websites and domains incorporating NAMI trademarks, including www.namigdm.org, which redirect to Mindspring instead of NAMI.

80.     Upon information and belief, NAMI authorized Mindspring to operate as an affiliate with NAMI using the www.namigdm.org domain and the NAMI Greater Des Moines mark, building the domain and brand's values and reputations, which are believed to be coextensive with the value of Mindspring's current business.

81.     Pursuant to the affiliate Agreement, Mindspring agrees all NAMI trademarks are the sole and exclusive property of NAMI.

82.     Mindspring has thus far failed to assign the www.namigdm.org domain or the NAMI Greater Des Moines mark to NAMI.

83.      Upon information and belief, Mindspring's continued ownership, possession, use, and operation of the www.namigdm.org domain or the NAMI Greater

Des Moines mark are improper and harm NAMI, and both should be immediately returned to NAMI.

## JURY DEMAND

Plaintiff NAMI hereby demands a trial by jury on all issues so triable.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff NAMI respectfully requests that this Honorable Court:

A.       Preliminarily and permanently enjoin Defendant Mindspring, its agents, servants, employees, privies, successors, and assigns, and all claiming any rights through it, from importing, manufacturing, marketing, or selling products under a trademark constituting trademark infringement or unfair competition against NAMI's rights;

B.       Order Mindspring to recall and surrender for destruction all products, programs, advertisements, mailing lists, and other materials constituting trade secret misappropriation, trademark infringement or unfair competition against NAMI's rights;

C.       Issue a writ requiring Mindspring to surrender to NAMI its domain name www.namigdm.org and NAMI Greater Des Moines fictious name resolution;

D.       Order Mindspring to take all steps necessary to cancel any federal,

state, or local business registrations, including corporate name registrations and dba filings, that include NAMI's name or marks or amend those registrations to names that do not include NAMI's name or marks, and to remove any references to any business registrations, including corporate names and dba filings, that include NAMI's name or marks;

E.     Order Mindspring, pursuant to 15 U.S.C. § 1116(a), to file with this Court and serve upon NAMI within thirty (30) days after entry of the injunction a written report under oath describing in detail the manner and form in which Mindspring has complied with the injunction, including ceasing all offering of products or services under NAMI's name and marks as set forth above;

F.     Award NAMI compensatory and exemplary damages for the Counts stated herein, including income and profits NAMI lost and may lose in the future as a result of Mindspring's unlawful activities including trademark infringement and unfair competition; together with any costs;

G.     Award NAMI the profits of Mindspring under 15 U.S.C. §1117 for Mindspring's trademark infringement and unfair competition and other violations of the Lanham Act;

H.     Award NAMI any additional damages to which it is entitled for Mindspring's trademark infringement and unfair competition;

I.     Declare this case exceptional under 15 U.S.C. § 1117;

J.      Award NAMI costs and reasonable attorneys' fees under 15

U.S.C. §1117; and

K.      Grant NAMI such and other further relief that the Court deems just

and equitable.

Dated:  October 1, 2021                   */s/R. Scott Johnson*
                                          R. Scott Johnson (Iowa #AT0004007)
                                          **FREDRIKSON & BYRON, P.A.**
                                          111 East Grand Avenue, Suite 301
                                          Des Moines, IA  50309-1977
                                          Telephone:  (515) 242-8900
                                          Facsimile:  (515) 242-8950
                                          rsjohnson@fredlaw.com

                                               -and-

                                          N. Chethana Perera (Minn. #0400211)
                                          (*pro hac vice* motion forthcoming)
                                          **FREDRIKSON & BYRON, P.A.**
                                          200 South 6th Street, Suite 4000
                                          Minneapolis, MN  55402-1425
                                          Telephone:  (612) 492-7000
                                          Facsimile:  (612) 492-7077
                                          cperera@fredlaw.com

                                          **Attorneys for Plaintiff**