UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| NAMI National, an Arizona non-profit corporation, | Civil Case No. 4:21-00289-RGE-SHL |
| Plaintiff, | |
| v. | |
| Mindspring Mental Health Alliance, Inc., | **STIPULATION FOR DISMISSAL** |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, by their respective counsel, that this action, having been amicably resolved, is hereby dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

Date: June 10, 2022              /s/ R. Scott Johnson
                                 R. Scott Johnson, AT0004007
                                 **FREDRIKSON & BYRON, P.A.**
                                 111 East Grand Avenue, Suite 301
                                 Des Moines, IA 50309-1977
                                 Telephone: (515) 242-8900
                                 Facsimile: (515) 242-8950
                                 rsjohnson@fredlaw.com

                                 *Attorney for Plaintiff NAMI National*

Date: June 10, 2022

/s/ Sarah K. Franklin
Sarah K. Franklin, AT0009630
Matthew Warner-Blankenship, AT0011099
**DENTONS DAVIS BROWN PC**
215 10th Street, Suite 1300
Des Moines, IA 50309
Telephone: 515-288-2500
Facsimile: 515-243-0654
Email: sarah.franklindentons.com
Email: matt.warner-blankenshipdentons.com

*Attorneys for Defendant Mindspring Mental Health Alliance, Inc.*